**Motion GRANTED and Order filed September 21, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00742-CV
_____

## IN RE TE'QUANDRA JACK, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-61048**

---

## ORDER

On September 20, 2016, relator Te'Quandra Jack, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Charley Prine, Judge of the 246th District Court, in Harris County, Texas, to set aside his Order of Capias dated September 20, 2016, and issued in trial court number 2012-61048, styled *In the Interest of David Jack Jr., et. al.* The Order of Capias calls for relator's

arrest. Relator also has filed an emergency motion for temporary relief asking this court to stay the Order of Capias pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion for temporary relief and issue the following order:

We **ORDER** the Order of Capias for Arrest **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests David Jack, the real party-in-interest, to file a response to the petition for writ of mandamus on or before October 6, 2016**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.